# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JAMES EDWARD HELLER, AND : No. 33 WM 2016
STANLEY FOSTER BOWERSOX, III, :
:
Petitioners :
:
:
:
v. :
:
:
:
SUPERIOR COURT OF PENNSYLVANIA, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Application for an Immediate Hearing and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DENIED**.